E-FILED
Wednesday, 05 June, 2019 01:47:18 PM
Clerk, U.S. District Court, ILCD

FILED
JUN - 5 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 19-CR-20045 |
| JAMES WILLIAMS, | ) ) ) | Title 18, United States Code, Sections 1344 and 152. |
| Defendant. | ) ) ) ) | |

INDICTMENT

COUNT ONE
(Bank Fraud)

THE GRAND JURY CHARGES:

I.   Scheme and Artifice to Defraud:

On or about December 1, 2015, in Piatt County, in the Central District of Illinois,

**JAMES WILLIAMS**,

defendant herein, did knowingly devise a scheme and artifice to defraud First Security Bank and Gifford State Bank, both federally insured financial institutions, to obtain monies, funds, credits, assets, and other property from said financial institutions by means of false and fraudulent pretenses, representations, and promises, to wit, by submitting materially false information on a balance sheet in order to secure a loan that provided an operating line of credit and also funded grain inputs, equipment, and other

operations for Williams' business, RJW Williams Farms, Inc., resulting in a loss to said financial institutions exceeding $500,000.

## II.   Materiality:

Each execution of the scheme and artifice, specifically each false statement that Defendant made on his December 1, 2015 balance sheet, constituted a false representation to First Security Bank and Gifford State Bank that was material in that First Security Bank and Gifford State Bank were influenced by that information to extend a loan that provided a line of credit to Defendant's business of approximately $4.6 million.

## III.   Execution of the Scheme and Artifice:

The following conduct constitutes the Defendant's execution of the above-described scheme or artifice to defraud First Security Bank and Gifford State Bank to obtain monies, funds, credits, assets, securities, and other property by means of material false and fraudulent pretenses, representations, and promises:

On or about December 1, 2015, in Piatt County, in the Central District of Illinois,

**JAMES WILLIAMS**,

defendant herein, provided a balance sheet to support the line of credit that First Security Bank and Gifford State Bank extended to him in Loan Number 25560, which falsely stated that his business RJW Williams Farms, Inc. had an outstanding loan balance of $6.2 million with First Farmers Bank & Trust, when in reality RJW Williams Farms, Inc. owed First Farmers Bank & Trust over $7 million.  The balance sheet also

failed to report an approximately $3 million liability that RJW Williams Farms, Inc. owed to FarmGrowCap, LLC.

In violation of Title 18, United States Code, Section 1344(1).

## COUNT TWO
### (Concealment of Bankruptcy Assets)

**THE GRAND JURY FURTHER CHARGES:**

Beginning on or about October 2016 and continuing through 2017, in Piatt County, in the Central District of Illinois,

**JAMES WILLIAMS**,

defendant herein, did knowingly and fraudulently conceal from creditors of the bankruptcy estate of RJW Williams Farms, Inc. over $500,000 in proceeds from grain sales to the Archer Daniels Midland ("ADM") grain elevator in Niantic, Illinois by instructing ADM to issue checks for the grain, which was collateral for a First Security Bank and Gifford State Bank loan, in the name of his son Jacob Williams and to deposit those checks into an account that he jointly held with the same.

In violation of Title 18, United States Code, Section 152(1).

A TRUE BILL.

s/ Foreperson
_____
FOREPERSON

s/ Gregory Gilmore
_____ for
JOHN C. MILHISER
United States Attorney

MLR

3